# Lonstein Law Office, P.C.

Attorneys and Counselors at Law

80 North Main Street, P.O. Box 351
Ellenville, NY 12428
Telephone (845) 647-8509
Facsimile (845) 647-6277
Email: Assistant@Signallaw.com

_____

*Wayne D. Lonstein                                                                   Dawn M. Conklin
Julie Cohen Lonstein                                                              Marla B. Siegel
                                                                                            Jennifer S. Chang
     _____
*also admitted in NJ, PA &MA                                              Christopher Hufnagel

**VIA USPS PRIORITY MAIL**

July 6, 2012

Charter Communications, Inc.- Legal
Attn: Law Enforcement Paralegal
12405 Powerscourt Drive
St. Louis, MO 63131


Re:     Accessing Illegal Streams of Copyrighted Content owned by Zuffa, LLC
        IP address of Registered User: **24.240.82.33**

To Whom It May Concern:

I am counsel to Zuffa, LLC (hereinafter "Zuffa"), the owner of the copyright to the UFC 130 broadcast, which was shown on May 28, 2011.

We have determined that a user of your service or network has infringed Zuffa's copyrighted broadcast of the UFC 130.

Enclosed is a subpoena compliant with the Digital Millennium Copyright Act. The subpoena requires that you provide Zuffa with information concerning the individual using infringing material described in the attached notice.

As is stated in the attached subpoena, you are required to disclose to Zuffa information sufficient to identify the infringer. This would include the account holder's name, address and other identifying information in the possession of Charter Communications, Inc.

Thank you for your cooperation in this matter. If you have any questions, please feel free to contact me at claims@signallaw.com or via telephone at (845) 647-2752.


Very truly yours,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/ja

DECLARATION OF JULIE COHEN LONSTEIN PURSUANT TO 17 U.S.C. §512(h)

I, Julie Cohen Lonstein, the undersigned, declare that:

1. I am an attorney admitted pro hac vice to practice law in the State of Nevada and am counsel for Zuffa, LLC. Zuffa is the owner of the copyright to the UFC 130 broadcast and, as such, has the legal authority to act on matters involving the infringement of its copyrighted broadcasts.

2. Zuffa is requesting the attached proposed subpoena that would order Charter Communications, Inc to disclose the identity, including the name of the account holder, account holder's address, and any other identifying information in the possession of Charter Communications, Inc, for the following IP address at the dates and times indicated below:

    IP address: **24.240.82.33** on May 28, 2011 at the following times (all in EDT):

    UFC 130 Login Dates and Times
    5/28/2011   19:51:50
    5/28/2011   20:09:02
    5/28/2011   20:14:27
    5/28/2011   20:59:30
    5/28/2011   21:08:21
    5/28/2011   21:11:43
    5/28/2011   21:23:11
    5/28/2011   21:38:02
    5/28/2011   22:03:27
    5/28/2011   22:12:27
    5/28/2011   22:17:17
    5/28/2011   22:27:04
    5/28/2011   22:32:57
    5/28/2011   22:38:36
    5/28/2011   23:30:06

3. The purpose for which this subpoena is sought is to obtain the identity of the individual accessing the internet with the IP address listed above who has accessed Zuffa's copyrighted broadcasts without Zuffa's authorization. This information will only be used for the purposes of protecting the rights of Zuffa, LLC under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the next of my knowledge, information or belief.

Executed at Ellenville, New York on July 6, 2012.

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/ja

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the District of Nevada

| | | |
|---|---|---|
| Zuffa, LLC ) | | |
| *Plaintiff* ) | | |
| v. ) | Civil Action No. 2:12-CV-00975-KJD-PAL | |
| ) | | |
| Does 1 - 15 ) | (If the action is pending in another district, state where: | |
| *Defendant* ) | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR
TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:

**Charter Communications, Inc.- Legal
Attn: Law Enforcement Paralegal
12405 Powerscourt Drive
St. Louis, MO 63131**

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: **Name of the account holder, account holder's address, and anyother identifying information in your possession for IP address: 24.240.82.33**

| Place:<br>**Lonstein Law Office, PC<br>P.O. Box 351<br>80 North Main St<br>Ellenville, NY 12428** | Date and Time:<br><br>**9AM on 7/27/2012** |
|---|---|

✓ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Zuffa, LLC , who issues or requests this subpoena, are:  Julie Cohen Lonstein, 80 North Main St, Ellenville, NY 12428 (845) 647-2752, email: claims@signallaw.com